# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

JARED FISHMAN,                              )
                                            )
      **Plaintiff**                        )
                                            )
    v.                                  )    **Civil Case No. 21-1847 (RJL)**
                                            )
THE DISTRICT OF COLUMBIA, and               )
LIEUTENANT PATRICK LOFTUS,                   )
OFFICER MARCK JAEGER,                        )
OFFICER JEREMY BRADY,                        )
OFFICER MICHAEL TONG, and                    )
OFFICER CHRISTOPHER TODARO,                  )
of the Metropolitan Police Department        )
                                            )
      **Defendants**                       )

## ORDER
February 2, 2023 [Dkt. # 22]

For the reasons set forth in the Memorandum Opinion accompanying this Order, it is hereby

**ORDERED** that Defendants' Motion to Dismiss [Dkt. # 22] is **GRANTED** as to Counts I, II, V, VII, and VIII; it is further;

**ORDERED** that Defendants' Motion to Dismiss [Dkt. # 22] is **DENIED** as to Counts III, IV, and VI.

**SO ORDERED.**

RICHARD J. LEON
United States District Judge